**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1469**
_____

YANNE VENIERIS,

Plaintiff - Appellant,

v.

GEORGE BUSH, and the Bush Administration; CENTRAL
INTELLIGENCE AGENCY, Office of Public Affairs; DEPARTMENT OF
HOMELAND SECURITY; FEDERAL MARSHALS; FEDERAL BUREAU OF
INVESTIGATION; JAMES CITY COUNTY POLICE; NEWPORT NEWS
POLICE; HAMPTON POLICE; YORK COUNTY SHERIFF; CITY OF
WILLIAMSBURG POLICE DEPARTMENT; COLONIAL WILLIAMSBURG
FOUNDATION POLICE DEPARTMENT; JAMES CITY COUNTY FIRE
DEPARTMENT; WILLIAMSBURG FIRE DEPARTMENT; WILLIAM AND MARY
POLICE DEPARTMENT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
District Judge. (4:09-cv-00042-RBS-TEM)

_____

Submitted: August 26, 2009          Decided: September 1, 2009

_____

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Yanne Venieris, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yanne Venieris appeals the district court's order dismissing his civil rights complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Venieris v. Bush, No. 4:09-cv-00042-RBS-TEM (E.D. Va. April 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED